## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 1:23-CV-23347-CPO-SAK

Plaintiff:
**CHUKWUEMEKA EZE**

vs.

Defendant:
**TD BANK N.A. ET AL**

For:
Sanders Law Group
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553

Received by Accredited Process Service, LLC to be served on **TD BANK N.A., 1701 70 East, Cherry Hill, NJ 08034**.

I, Douglas Bramble, being duly sworn, depose and say that on the **5th day of January, 2024** at **9:40 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS ; COMPLAINT JURY TRIAL DEMANDED** with the date and hour of service endorsed thereon by me, to: **Roseann Moffa** as **CSR** at the address of: **1701 70 East, Cherry Hill, NJ 08034**, who stated they are authorized to accept service for **TD BANK N.A.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5' 3, Weight: 150, Hair: Lt Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 7th day of January, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

**Douglas Bramble**
Process Server

**Accredited Process Service, LLC**
716 Newman Spring Rd, Ste 184
Lincroft, NJ 07738
(732) 444-2432

Our Job Serial Number: SPH-2024000010

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2u