**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| CHUKWUEMEKA EZE<br><br>                    Plaintiff,<br><br>vs.<br><br>TD BANK, N.A., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No. 1:23-CV-23347-CPO-SAK<br><br>**NOTICE OF APPEARANCE** |

TO: Office of the Clerk of the Court
    **United States District Court**
    District of New Jersey

    Please enter my appearance on behalf of Defendant TD Bank, N.A. in this matter.

                                      Respectfully submitted,

                                      **BROWN & CONNERY, LLP**
                                      *Attorneys for Defendant, TD Bank, N.A.*

Dated: January 15, 2024    By:    *s/Jennifer A. Harris*
                                                  Jennifer A. Harris
                                                  6 North Broad Street
                                                  Woodbury, NJ 08096
                                                  (856) 812-8900
                                                  (856) 856-853-9933 (fax)
                                                  *jharris@brownconnery.com*

7NF3345

## CERTIFICATE OF SERVICE

I certify that the within Entry of Appearance was served by filing this document with the CM/ECF system on all counsel of record in the above captioned action.

Dated: January 15, 2024

           By:   *s/Jennifer A. Harris*
              Jennifer A. Harris

7NF3345